Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000568
06-FEB-2015
09:55 AM

NO. CAAP-11-0000568

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ANTHONY ANDREW LOCKEN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1549)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on November 28, 2014, is hereby corrected as follows:

1. On page 13, in the twelfth line of the first full paragraph, the word "witness" should be replaced with "witnesses" so that as corrected, the text reads: ". . . order of interrogating witnesses and presenting . . . ."

2. On page 17, in the fifth line under Section B., the word "witness" should be replaced with "witnesses" so that as corrected, the text reads: ". . . order of interrogating witnesses and presenting . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

3.    On page 18, in the fourth line under Section C., the word "of" should be inserted between "assistance" and "counsel" so that as corrected, the text reads: " . . . ineffective assistance of counsel."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 6, 2015.

FOR THE COURT:

Craig H. Nakamura

Chief Judge